Matter of Lilliana S. (Nicole D.) (2025 NY Slip Op 00522)

Matter of Lilliana S. (Nicole D.)

2025 NY Slip Op 00522

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

28 CAF 23-01683

[*1]IN THE MATTER OF LILLIANA S., ELIJAH S., AMELIA R., SKYLAH., AND GAUGE V. ONTARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; NICOLE D., RESPONDENT-APPELLANT. 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR RESPONDENT-APPELLANT.
HOLLY A. ADAMS, COUNTY ATTORNEY, CANANDAIGUA (SANDRA J. PACKARD OF COUNSEL), FOR PETITIONER-RESPONDENT.
SUSAN E. GRAY, CATONSVILLE, MARYLAND, ATTORNEY FOR THE CHILDREN. 
GARY MULDOON, ROCHESTER, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Ontario County (Jacqueline E. Sisson, A.J.), entered September 11, 2023, in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, terminated the parental rights of respondent with respect to the subject children. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Corey MM. [Cassandra LL.], 177 AD3d 1119, 1120-1121 [3d Dept 2019]).
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court